UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JUAN CAMILO ROJAS,

                              Plaintiff,

                -v-

EMMANUEL GAZNEY SANTIAGO, et al.,

                              Defendants.

23 Civ. 7365 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

      The Court has received plaintiff's letters and supporting documentation with respect to its attempts to serve the three of the defendants in this case: Emmanuel Gazmey Santiago, personally known as Anuel AA ("Anuel"), Real Hasta La Mueter LLC ("RHLM"); and Legendary Music Group Corp. ("LMGC"). Dkts. 26, 27. Based on plaintiff's representations as well as the affidavit of plaintiff's process server, Dkt. 26, Ex. 1, the Court is satisfied that plaintiff has complied with Florida state law and Federal Rule of Civil Procedure 4(e) in exercising due diligence to serve Anuel, RHLM, and LMGC, and, when those efforts failed, making substitute service on the Florida Secretary of State. *Id.*, Exs. 2, 5, 7; *see also* Fla. Stat. § 48.161. Thus, this Court will deem service to have been effectuated on the day that service was made on the Secretary of State as to each of Anuel, RHLM, and LMGC, or November 9, 2023. Dkt. 26, Exs., 2, 5, 7. Answers or otherwise responsive pleadings from all defendants are thus due on November 30, 2023.

      Further, plaintiff may file a motion for reimbursement of fees in light of these defendants' failure to waive service pursuant to Federal Rule of Civil Procedure 4(m). Any

defendant against whom such a motion is made may defeat the motion on a showing of good cause.  See Fed. R. Civ. P. 4(m).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: November 21, 2023
       New York, New York